RECEIVED

NOV 14 2023

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**Linda Kaye Williams**

Plaintiff(s),

vs.

**ISD 279 (Osseo Area Schools) &
Katie Kern**

Defendant(s).

(Enter the full name(s) of ALL plaintiffs
and defendants in this lawsuit.  Please
attach additional sheets if necessary.)

Case No. 23-cv-3532 JRT/DLM
(To be assigned by Clerk of District
Court)

DEMAND FOR JURY
TRIAL
YES ☐   NO ☑

## EMPLOYMENT DISCRIMINATION COMPLAINT

PARTIES

1.  List your name, address and telephone number.  Do the same for any additional plaintiffs.

    a.  Plaintiff

    | | |
    |---|---|
    | Name | **Linda Kaye Williams** |
    | Street Address | **7552 Mariner Drive** |
    | County, City | **Hennepin, Maple Grove** |
    | State & Zip Code | **Minnesota 55311** |
    | Telephone Number | **(763) 494-5683** |

2.  List all defendants.  You should state the full name of the defendant, even if that defendant is
    a government agency, an organization, a corporation, or an individual.  Include the address

SCANNED

NOV 14 2023

U.S. DISTRICT COURT MPLS



where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a.  Defendant No. 1

Name            **ISD 279 (Osseo Area Schools)**

Street Address  **11200 93rd Avenue North**

County, City    **Hennepin, Maple Grove**

State & Zip Code  **Minnesota 55369**

b.  Defendant No. 2

Name            **Katie Kern**

Street Address  **11200 93rd Avenue North**

County, City    **Hennepin, Maple Grove**

State & Zip Code  **Minnesota 55369**

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.c., 2.d., etc.)**

JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3.  This employment discrimination lawsuit is based on (check only those that apply):

a.  ☑ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.  **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

b.  ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older).  **NOTE:** *In*

2

*order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).*

c.  ☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability.  **NOTE**: *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d.  ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.  **NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e.  ☐ Other (Please describe.)

4.  If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:

| (Street Address) | (City/County) | (State) | (Zip Code) |
|---|---|---|---|

5.  When did the discrimination occur?  Please give the date or time period:

**February 2022 - November 2022**

ADMINISTRATIVE PROCEDURES

6.  Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

a.  ☑ Yes    Date filed: **03/03/2023**

b.  ☐ No

7.  Have you received a Notice of Right-to-Sue Letter?

3

a. ☑ Yes    If yes, please attach a copy of the letter to this complaint.

b. ☐ No

NATURE OF THE CASE

8.  The conduct complained of in this law suit involves (check only those that apply):

a. ☐ Failure to hire me

b. ☑ Termination of my employment

c. ☑ Failure to promote me

d. ☐ Failure to accommodate my disability

e. ☑ Terms and conditions of employment differ from those of similar employees

f. ☐ Retaliation

g. ☐ Harassment

h. ☐ Other conduct (please specify):

i.  Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

☑ Yes  ☐ No

9.  I believe that I was discriminated against because of my (check all that apply):

a. ☑ Race

b. ☐ Religion

c. ☐ National origin

d. ☐ Color

e. ☐ Gender

f. ☐ Disability

g. ☐ Age (my birth year is:_____)

h. ☐ Other (please specify):

i. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

☑ Yes        ☐ No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 10. Please write each allegation of discrimination in a separately numbered paragraph.

10.

**10. This is a summary of the facts of case. Detail facts are provided in Petitioner Exhibit 1 (Response to Osseo Area Schools Position Statement with EEOC). I am an American female of African descent with a Master's degree in Macromolecular Science and Engineering and a Bachelor of Science degree in Biochemistry. I started short-term substitute teaching January 24, 2022. My Tier 1 license was issued on February 7, 2022, which allowed me to work as a long-term substitute teacher and also be part of the union. The English Language Staff Development and Assessment Specialist with the district encouraged me to apply for a Tier 2 Substitute teaching license when he found out that I have a master's degree. The Tier 2 license is good for 2 years (versus one year for Tier 1) and puts me in a better position to compete for long-term substitute teaching positions. I filled out my portion of the Tier 2 license application in April 2022. The district refused to complete section 8 of the Tier 2 application.**

**11. I began short-term substitute teaching from September 19-28, 2022 at several schools in the district in grades 1-5 and was often requested to return. On September 28, 2022 after I got home from work, I received a call from Ms. Katie Kern, Human Resource Manager with the district indicating that a concern was submitted about me as a teacher, and she didn't want me to teach on September 29 or in the future**

until she investigated it.   I asked Ms. Kern what the concern was and she said she couldn't tell me at the time citing that it was confidential. Ms. Kern said she didn't want me to contact any schools that I taught at to find out about the concern. I asked what about the jobs I was committed to teaching at and, she said she will take care of them. She said," don't talk with anyone about this".

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☑
Please label the attached sheets of paper as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I want my employment record restored without grade level restrictions and an apology from ISD 279 for how badly my case was handled and for being falsely accused.  I want to be compensated for the loss of wages of $5,000/month and medical expenses from October 2022 to the completion of this case. I want $5 million for pain and suffering.
I want a program in place to protect other employees of color from being treated like me.

Date: 11/14/2023

Signature of Plaintiff

Mailing Address      **Linda Kaye Williams**
**7552 Mariner Drive**
**Maple Grove, MN 55311**

Telephone Number   **(763) 494-5683**

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.

6

## Additional Facts

12. I met with Ms. Kern on October 18, 2022, and she indicated that the purpose of the meeting was to get answers from me and that the district would make a decision on my case regardless of my involvement. Ms. Kern said that the investigation concerned my role as a substitute teacher for a 1st grade class at Rice Lake Elementary School on September 26, 2022. I only taught 1 day at that particular school and was the only black staff member at Rice Lake Elementary School on September 26, 2022. There are very few black teachers in the district. Ms. Kern said it was reported that I grabbed a student by the collar and she had a recording of it. Ms. Kern showed snippets of a video (in slow motion without sound) from September 26, 2022, of my first-grade class walking through the hallway in a line except for one student who moved out of line to disturb a classroom with an open door. The video did not show my hand anywhere near the student's neck. I asked Ms. Kern, "Where is the video of me grabbing a student by the collar?" and Mr. Palmatier said that was a different video. I asked, "Where was the audio on the recording?" Ms. Kern did not have audio and would not play the video at the correct speed.

13. After showing the video, Ms. Kern asked me," Did any student say that they were afraid of you?" I replied, "No." She also asked, "Did any staff share with you that students were scared of you?" I replied, "No."

14. The State Unemployment Office determined that I was eligible to receive unemployment benefits because the district did not provide evidence to support their claim that I violated the Corporal Punishment policy.

15. On November 9, 2022, Ms. Kern presented me with a written reprimand dated 11/09/2022 which she said would be placed in my personnel file and would be a public record and I could not address any of the allegations.

16. The reprimand stated that I was to substitute at the high school level, and I was fired from teaching K-8. The reprimand is very damaging to my reputation.